ELEANOR RENWICK, as Administratrix of the Estate of STANHOPE C. RENWICK, Deceased, Appellant, *v.* HAROLD S. RENWICK et al., Respondents.

*Renwick* v. *Renwick*, 136 App. Div. 938, affirmed.
(Argued February 10, 1911; decided February 28, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 9, 1910, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action to recover an interest in certain real property heretofore held in trust and now claimed by the plaintiff to have been equitably converted into personalty.

*George Bell* for appellant.

*George Welwood Murray* and *John P. Herren* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Absent: HAIGHT, J.